1  **MARLIN & SALTZMAN, LLP**
   Stanley D. Saltzman, Esq. (SBN 90058)
2  Christina A. Humphrey, Esq. (SBN 226326)
   Leslie H. Joyner, Esq. (SBN 262705)
3  29229 Canwood Street, Suite 208
   Agoura Hills, California  91301
4  Telephone:      (818) 991-8080
   Facsimile:        (818) 991-8081
5  ssaltzman@marlinsaltzman.com
   chumphrey@marlinsaltzman.com
6  ljoyner@marlinsaltzman.com

7  Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODUSKY MCCOWEN, on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | **CASE NO. 14-CV-02694-RS**<br><br>**CLASS ACTION**<br><br>**JOIN STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | RICHARD H. RAHM, Bar No. 130728 |
| 2 | ANGELA J. RAFOTH, Bar No. 241966 |
|   | LITTLER MENDELSON, P.C. |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108-2693 |
| 4 | Telephone: (415) 433-1940 |
|   | Facsimile: (415) 399-8490 |
| 5 | Email: rrahm@littler.com |
|   | arafoth@littler.com |

Attorneys for Defendant
TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.

1   Plaintiff LUDUSKY MCCOWEN ("Plaintiff") and Defendant TRIMAC
2   TRANSPORTATION SERVICES (WESTERN), INC. ("Defendant"), by and through their
3   undersigned attorneys of record, hereby stipulate as follows:
4   WHEREAS, on June 10, 2014, Plaintiff filed a putative class action Complaint against
5   Defendant alleging the following causes of action: (1) failure to pay minimum wages for all hours
6   worked; (2) failure to pay designated rates for all hours worked; (3) wages below the designated rate
7   for actual miles driven; (4) failure to provide meal periods; (5) failure to provide rest periods;
8   (6) failure to timely furnish accurate, itemized wage statements; (7) failure to pay all wades due at
9   time of termination of employment; (8) violation of California's Unfair Competition Act (Bus. &
10  Prof. Code §§ 17200, *et seq.*); and (9) for civil penalties pursuant to the California Private Attorneys
11  General Act (Labor Code §§ 2698, *et seq.*);
12  WHEREAS on June 10, 2014, Plaintiff sent notice to the Labor Workforce Development
13  Agency (LWDA) of the violations alleged in the Complaint and the facts and theories which support
14  said alleged violations, along with a copy of the Complaint;
15  WHEREAS, Defendant filed its Answer on August 1, 2014;
16  WHEREAS, more than thirty-three days (33) calendar days have passed since Plaintiff gave
17  notice to the LWDA, but the LWDA has provided no notice that it intends to investigate the alleged
18  violations;
19  WHEREAS, Plaintiff now seeks to file a First Amended Complaint adding allegations that
20  the jurisdictional prerequisites to the maintenance of Plaintiff's Ninth Cause of Action have been
21  satisfied;
22  WHEREAS, Defendant does not oppose the filing of the First Amended Complaint.
23  NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel
24  of record, that Plaintiffs shall be granted leave to file the First Amended Complaint attached hereto
25  as Exhibit A.
26  / / /
27  / / /
28  / / /

IT IS SO STIPULATED.

DATED:  January 22, 2016                                         **MARLIN & SALTZMAN, LLP**

                                                                 By:  /S/   Christina A. Humphrey
                                                                      Stanley D. Saltzman, Esq.
                                                                      Christina A. Humphrey, Esq.
                                                                      Leslie H. Joyner, Esq.
                                                                      Attorneys for Plaintiff

DATED:  January 22, 2016                                         **LITTLER MENDELSON, P.C.**

                                                                 By:  /S/   Angela Rafoth
                                                                      Richard H. Rahm, Esq.
                                                                      Angela J. Rafoth, Esq.
                                                                      Attorneys for Defendant

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: January 22, 2016                                            Christina A. Humphrey
                                                                   Christina A. Humphrey

**[~~PROPOSED~~] ORDER**

Upon consideration of the Stipulation to File First Amended Complaint filed by Plaintiff LUDUSKY MCCOWEN ("Plaintiff") and Defendant TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. ("Defendant") (collectively, the "Parties"), and for good cause shown, the Court hereby APPROVES the Parties' stipulation and GRANTS Plaintiff leave to file his First Amended Complaint.

DATED: 1/25/16                        _____
                                       Richard Seeborg
                                       U.S. District Court Judge