**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Christina A. Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:     (818) 991-8080
Facsimile:     (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODUSKY MCCOWEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. 14-CV-02694-RS**<br><br>**CLASS ACTION**<br><br>**[**~~PROPOSED~~**] ORDER RE: AMENDED JOINT SUBMISSION OF CLASS NOTICE**<br><br>Complaint filed :     June 10, 2014<br>Trial Date :         None set |

//

//

//

//

1

[PROPOSED] ORDER GRANTING AMENDED JOINT SUBMISSION OF CLASS NOTICE
Case No. 14-CV-02694-RS

1 | After reviewing the Parties' Amended Joint Submission of Class Notice, and Exhibits A and B thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Exhibits A and B attached to the Amended Joint Submission of Class Notice, filed on February 5, 2016, are approved for use by this Court.

DATED: 2/8/16

_____
Honorable Richard Seeborg
United States District Judge